690 A.2d 232

**Lynda BABCOCK, individually, and as Administratrix of the Estate of Franklin D. Babcock, deceased, Appellant,**

**v.**

**Scott H. BEDWELL and Meadville Medical Center.**

Supreme Court of Pennsylvania.

Argued March 3, 1997.

Decided March 20, 1997.

George M. Schroeck, William C. Van Scyoc, Erie, for Lynda Babcock.

John M. Quinn, Erie, for Meadville Medical Center.

Terry C. Cavanaugh, Larry Silverman, Pittsburgh, for Scott H. Bedwell, M.D.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.